The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1.  Trustee investigated the Debtor's financial affairs, including pre-and post-petition transfers; resultant from these efforts, the Trustee, among other things, identified that the Debtor held a 50% interest in Dyne, Inc., an Illinois corporation in good standing ("Business"); Debtor did not list his interest in the Business on his Schedules of Assets and Liabilities; Trustee in coordination of efforts with her counsel and accountants, investigated the Debtor's interest in the Business and conducted a valuation of the Business; Trustee conducted extensive negotiations for a sale of the Debtor's interest in the Business, including offers and counter-offers; Trustee ultimately negotiated for a sale of the Debtor's interest and pursuant to this Court's order authorizing the sale, the Trustee recovered the sum of $30,000.00 for the benefit of the Estate.

2.  The Trustee prepared semi-annual reports to the United States Trustee's Office.

3.  The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

4.  The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

5.  The Trustee attended to tax issues concerning the estate; Trustee prepared and filed Estate tax returns and received a prompt determination from the taxing authorities that the returns were accepted as filed.

6.  The Trustee reviewed the claims filed in this case; the Trustee contacted a secured claimant and obtained a voluntary withdrawal of an improperly filed claim.