**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| BRIAN EDMUND PARPART, | ) | CASE NO. 04-32637 BWB (Joliet) |
| | ) | |
| Debtor | ) | JUDGE BRUCE W. BLACK |
| | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO: the Debtor, Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>   At: Will County Court Annex
>       57 N Ottawa St, Room 201
>       Joliet, Illinois 60432
>
>   on: January 5, 2007
>   at:   9:15 a.m.

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

|   |   |   |
|---|---|---|
| a. Receipts | $ | 30,071.65 |
| b. Disbursements | $ | 97.00 |
| c. Net Cash Available for Distribution | $ | 29,974.65 |

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation or Expenses Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Deborah K. Ebner, Trustee | $          0.00 | $     3,757.17 | $        140.09 |
| Popowcer Katten, Ltd., *Trustee's Accountant* | $          0.00 | $     1,809.00 | $            0.00 |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys (Trustee Firm)* | $          0.00 | $     9,039.00 | $            0.00 |
| Illinois Department of Revenue, *Estate* | $        97.00 | $            0.00 | $            0.00 |

*Taxes*

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be <u>0.00</u>%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $<u>218,056.18</u>, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $<u>6.98</u>%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | National City Mortgage | $ 0.00 | $ 0.00 |
| 2 | Arizona Investments Inc | $ 218,056.18 | $ 15,229.39 |

7. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:    <u>November 30, 2006</u>          For the Court,

By:  <u>KENNETH S GARDNER</u>
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2637   Doc 36   Filed 11/30/06   Entered 12/02/06 23:36:37   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                Page 1 of 1                   Date Rcvd: Nov 30, 2006
Case: 04-32637                 Form ID: pdf002            Total Served: 13

The following entities were served by first class mail on Dec 02, 2006.
db           +Brian Edmund Parpart,    9 N Lakeside Drive,    Plainfield, IL 60544-2039
aty          +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
aty          +Deborah Ebner,    Law Office of Deborah K. Ebner,    11 E Adams St Ste 800,    Chicago, IL 60603-6324
aty          +Eric G Zelazny,    Eric G Zelazny Attorney at Law,    401 W Lockport St,    Plainfield, IL 60544-1856
tr           +Deborah Ebner,    11 E Adams St Ste 800,    Chicago, IL 60603-6324
acc          +Lois West,    Popowcer Katten Ltd,    35 E Wacker Dr, Suite 902,    Chicago, Il 60601-2314
8450731      +Arizona Investments,    3101 West Jefferson Street,    Joliet, IL 60435-4733
8688853      +Arizona Investments Inc,    c/o Joseph L Planera & Assoc,    Attorneys at Law,
               222 Volmer Rd Suite 2A,    Chicago Heights, IL 60411-1664
8450732      +Clarence Thomas Pennington III,    2560 Doncaster Drive,    Aurora, IL 60504-3203
8450730      +Eric G Zelazny,    401 W Lockport St,    Plainfield, IL 60544-1856
8450733      +National City Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
8667778      +National City Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433,    Attn Diane Merritt
8450729      +Parpart Brian Edmund,    9 N Lakeside Drive,    Plainfield, IL 60544-2039

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            National City Mortgage Co
                                                                                                   TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 02, 2006**                           **Signature:**   *Joseph Speetjens*