IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>PARPART, BRIAN EDMUND<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-32637 BWB (Joliet)<br><br>HONORABLE BRUCE W. BLACK |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE BRUCE W. BLACK,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Ehibit "A", and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B".

All checks have been negotiated or otherwise turned over to the Clerk of the Court. The Final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate. Also herein is a final bank statement reflecting a balance of zero.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

12/20/07
DATE

//ss Deborah K. Ebner
DEBORAH K. EBNER, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| BRIAN EDMUND PARPART, | ) | CASE NO. 04-32637 BWB (Joliet) |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor | ) | |

Order Awarding Trustee Compensation and Expense Reimbursement

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation and Expense Reimbursement notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Deborah K. Ebner, Trustee is allowed compensation and expense reimbursement as follows;

1. Compensation    $3,757.17
2. Expenses        $ 140.09

    TOTAL          $3,897.26

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 5th day of January, 2007

ENTERED: *Bruce W. Black*
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| BRIAN EDMUND PARPART, | ) | CASE NO. 04-32637 BWB (Joliet) |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor | ) | |

Order Awarding Popowcer Katten, Ltd. Compensation, as Accountants for Trustee

THIS MATTER BEING HEARD on the Popowcer Katten, Ltd.'s First and Final Request for Compensation notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd. is allowed compensation as follows:

1. Compensation $1,809.00

    TOTAL $1,809.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 5th day of January, 2007

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) CHAPTER 7 CASE
)
BRIAN EDMUND PARPART, ) CASE NO. 04-32637 BWB (Joliet)
)
Debtor. ) JUDGE BRUCE W. BLACK

### Order Awarding Compensation to Trustee's Attorneys

THIS MATTER BEING HEARD on the First and Final Request for Compensation from the Law Office of Deborah K. Ebner, Attorneys for Trustee, notice having been given, and the Court being duly advised;

IT IS HEREBY ORDERED that the Law Office of Deborah K. Ebner, is awarded compensation as follows:

1. Compensation     $9,039.00

   TOTAL     $9,039.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court; and

DATED this 5th day of January, 2007

ENTERED: Bruce W. Black
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| BRIAN EDMUND PARPART, | ) | CASE NO. 04-32637 BWB (Joliet) |
| | ) | |
| Debtor | ) | JUDGE BRUCE W. BLACK |
| | ) | |

### DISTRIBUTION REPORT

I, <u>DEBORAH K. EBNER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 14,745.26 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 15,295.76 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 30,041.02 |

EXHIBIT B

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $14,842.26 | 100.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| DEBORAH K. EBNER, Trustee, *Trustee Fees* | 3,757.17 | 3,757.17 |
| Deborah K. Ebner, Trustee, *Trustee Expenses* | 140.09 | 140.09 |
| Popowcer Katten, Ltd., *Trustee's Accountant Fees (Other Firm)* | 1,809.00 | 1,809.00 |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys Fees (Trustee Firm)* | 9,039.00 | 9,039.00 |
| Illinois Department of Revenue, *Estate Taxes* | 97.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**EXHIBIT D**

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT | FINAL DIVIDEND |
|---|---|---|

| | | | OF CLAIMS | % |
|---|---|---|---:|---:|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---:|---:|
| 13. | **TYPE OF CLAIMS** | | | |
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | | $218,056.18 | 7.01% |
| **CLAIM NUMBER** | **CREDITORS** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 2 | Arizona Investments Inc | | 218,056.18 | 15,295.76 |

| | | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---:|---:|
| 14. | **TYPE OF CLAIMS** | | | |
| Subordinated unsecured claims | | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---:|---:|
| 15. | **TYPE OF CLAIMS** | | | |
| §726(a)(3) - Late unsecured claims | | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---:|---:|
| 16. | **TYPE OF CLAIMS** | | | |

**EXHIBIT D**

| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
|---|---:|---:|
| **CLAIM NUMBER**   **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) - Interest | $0.00 | 0.00% |
| **CLAIM NUMBER**   **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| **CLAIM NUMBER**   **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

**EXHIBIT D**

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1 | National City Mortgage<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | $227,113.44 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: January 10, 2007               /s/Deborah K. Ebner
                                      DEBORAH K. EBNER, Trustee

**EXHIBIT D**

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-32637 BB |
|---|---|
| Case Name: | PARPART, BRIAN EDMUND |
| Taxpayer ID #: | 13-7530276 |
| Period Ending: | 06/03/07 |

| Trustee: | DEBORAH K. EBNER (330480) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****24-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/09/06 | {4} | Roy Beaudoin | Purchase of stock | 1229-000 | 30,000.00 | | 30,000.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.84 | | 30,011.84 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.40 | | 30,032.24 |
| 08/07/06 | 1001 | Illinois Department of Revenue | | 2820-000 | | 97.00 | 29,935.24 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.38 | | 29,955.62 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.03 | | 29,974.65 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.01 | | 29,995.66 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.71 | | 30,015.37 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.07 | | 30,034.44 |
| 01/09/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 6.58 | | 30,041.02 |
| 01/09/07 | | To Account #**********2466 | To Close | 9999-000 | | 30,041.02 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 30,138.02 | 30,138.02 |
| Less: Bank Transfers | 0.00 | 30,041.02 |
| **Subtotal** | 30,138.02 | 97.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$30,138.02** | **$97.00** |

$0.00

EXHIBIT C

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-32637 BB
**Case Name:** PARPART, BRIAN EDMUND
**Taxpayer ID #:** 13-7530276
**Period Ending:** 06/03/07

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****24-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/07 | | From Account #*********2465 | | 9999-000 | 30,041.02 | | 30,041.02 |
| 01/11/07 | 101 | DEBORAH K. EBNER, TRUSTEE | | 2100-000 | | 3,757.17 | 26,283.85 |
| 01/11/07 | 102 | Deborah K. Ebner, Trustee | | 2200-000 | | 140.09 | 26,143.76 |
| 01/11/07 | 103 | Popowcer Katten, Ltd. | | 3410-000 | | 1,809.00 | 24,334.76 |
| 01/11/07 | 104 | Law Office of Deborah K. Ebner | | 3110-000 | | 9,039.00 | 15,295.76 |
| 01/11/07 | 105 | Arizona Investments Inc | To Close | 7100-000 | | 15,295.76 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 30,041.02 | 30,041.02 |
| Less: Bank Transfers | 30,041.02 | 0.00 |
| **Subtotal** | 0.00 | 30,041.02 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$30,041.02** |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-32637 BB
**Case Name:** PARPART, BRIAN EDMUND
**Taxpayer ID #:** 13-7530276
**Period Ending:** 06/03/07

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****24-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****24-65 | 30,138.02 | 97.00 | 0.00 |
| Checking # ***-*****24-66 | 0.00 | 30,041.02 | 0.00 |
| **TOTAL - ALL ACCOUNTS** | **$30,138.02** | **$30,138.02** | **$0.00** |